Edward R. Dunham, Appellant, v. Hastings Pavement Company, Respondent.— Order modified by allowing service of complaint on payment to the defendant of ten dollars costs of motion, and ten dollars costs and the disbursements of appeal, and as modified affirmed. No opinion. Settle order on notice.

Moritz Gruenstein v. George B. Gurley.— Appeal dismissed, with ten dollars costs. Memorandum per curiam. Order filed.

Ignatz Roth v. Julius Mautner.— Appeal dismissed, with ten dollars costs. Order filed.

John D. De Ronda v. Eva A. Bell and Another.— Motion denied on payment of ten dollars costs. Order filed.

Joseph Rudomin v. Interurban Street Railway Company.— Motion denied, with ten dollars costs. Order filed.

Catherine McLaughlin v. Manhattan Railway Company.— Motion denied, with ten dollars costs. Order filed.

Florence Nunnally v. New York Staats Zeitung. Florence Nunnally v. Tribune Association.— Motions granted; questions settled as stated in orders. Order filed.

Edward J. Ward v. Metropolitan Street Railway Company.— Motion denied, with ten dollars costs. Order filed.

The People of the State of New York v. Leo Friedman.— Motion denied, with ten dollars costs. Order filed.

Harry L. Williamson v. Lewis V. F. Randolph.— Application granted. Settle order on notice.

The People of the State of New York ex rel. Lewis V. F. Randolph v. John Proctor Clarke, Justice, etc.— Application denied as matter of law. Settle order on notice.

Julia L. Dwight v. Edgar V. Lawrence.— Motion granted. Order resettled.

Francis Muldoon v. John P. Herren.— Application denied, with ten dollars costs. Order signed.

Eugene L. Bushe and Another v. Mary E. Wright and Others. (3 cases.)— Motion denied, with ten dollars costs. Order filed.

In the Matter of Thomas P. Wickes.— Respondent disbarred. Order filed.

In the Matter of David I. Doremus.— Motion denied on payment of ten dollars costs; leave given to apply to the court below to open default. Order filed.

May E. Thomas v. George G. Fuessels Sons.— Motion denied on payment of ten dollars costs; leave given to apply to the court below to open default. Order filed.

Joseph L. Haigh v. Benjamin M. Whitlock.— Appeal dismissed, with ten dollars costs. Order filed.

Gilbert W. Minor v. W. Morton Garden.— Motion granted unless appellant pay ten dollars costs of motion and file and serve corrected record as stated in memorandum per curiam. Settle order on notice.

In the Matter of George W. Venable.— Motion denied, with ten dollars costs. Order filed.

Gottlieb Treffinger v. M. Groh's Sons.— Motion granted. Order filed.

Frederick P. Fox and Another v. New York City Interborough Railway Company.— Motion granted; questions to be certified on settlement of order. Settle order on notice.

Abraham Kosower v. Joseph Sandler.— Application denied, with ten dollars costs. Order signed.

Charles Katzenstein v. Joseph Jonasson and Another.— Application denied, with ten dollars costs. Order signed.

Alfred Schlesinger v. Manhattan Railway Company.— Application denied, with ten dollars costs. Order signed.

Errico Ganonico v. Cunard Steamship Company.— Application denied, with ten dollars costs. Order signed.

Felice Tocci v. Gaetano Gianvecchio.— Application denied, with ten dollars costs. Order signed.